IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TRIA WS LLC, *et al.*, individually and on behalf of all others similarly situated,**<br>Plaintiffs,<br><br>v.<br><br>**AMERICAN AUTOMOBILE INSURANCE COMPANY,**<br>Defendant. | CIVIL ACTION<br><br><br><br><br>NO. 20-4159 |

## O R D E R

**AND NOW**, this 30th day of March, 2021, upon consideration of Defendant's Motion to Dismiss Plaintiffs' Amended Complaint and briefing in support thereof (ECF Nos. 3 & 7), Plaintiffs' response thereto (ECF Nos. 6 & 8), and Plaintiffs' supplemental authority (ECF Nos. 9, 11 & 21), **IT IS ORDERED** that:

1. Defendant's Motion is **GRANTED**.

2. All causes of action in Plaintiffs' Amended Complaint (Counts I through IX) are **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief can be granted.

3. The Clerk of Court is **HEREBY ORDERED** to terminate this case and mark it **CLOSED**.

BY THE COURT:

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**